**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

DORMONT MANUFACTURING
COMPANY,

               Petitioner

               v.

ERIE INSURANCE COMPANY, A/S/O
DAVID AND SUSAN LOMBARDO; AND
DAVID AND SUSAN LOMBARDO,

               Respondents

:   No. 245 WAL 2018
:
:
:   Petition for Allowance of Appeal from
:   the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.

    Petitioner's request for Leave to file Reply Brief is **DENIED**.